IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAKOUR A. BROWN,

          Plaintiff,

   v.

GEORGE LITTLE *et. al,*

          Defendants,

2:22-CV-00904-CCW-LPL

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On October 27, 2022, the Magistrate Judge issued a Report, ECF No. 26, recommending that Plaintiff's various motions, ECF Nos. 4, 15, 24, & 25 be granted in part and denied in part. Service of the Report and Recommendation ("R&R") was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the R&R, the following Order is entered:

1. The Motion for a Temporary Restraining Order, Preliminary Injunction, and Emergency Transfer, ECF No. 4, is DENIED as follows:

   a. Plaintiff's request for injunctive relief against Defendants at SCI-Fayette is hereby DENIED AS MOOT;

   b. Plaintiff's request for an emergency transfer is hereby DENIED;

2. The Motion for Preliminary Injunction and Hearing to Appoint Counsel, ECF No. 15, is DENIED as follows:

   a. Plaintiff's request for injunctive relief is hereby DENIED AS MOOT;

   b. Plaintiff's request for appointment of counsel is hereby DENIED WITHOUT PREJUDICE;

3. The Motion for Preliminary Injunction, ECF No. 24, is GRANTED IN PART and DENIED IN PART as follows:

   a. Plaintiff's request for the production of discovery is hereby DENIED AS PREMATURE;

   b. Plaintiff's request for Defendants to preserve all relevant evidence related to his claims is hereby GRANTED;

   c. Plaintiff's request for Defendants to preserve evidence that is unrelated to his claims is hereby DENIED;

4. The Motion for Temporary Retraining Order, ECF No. 25, seeking various forms of injunctive relief is hereby DENIED.

5. Finally, in his filings, Plaintiff referenced additional incidents that are not included in his Amended Complaint. *See* ECF No. 24 at 2. Plaintiff is hereby granted leave to file a Second Amended Complaint if he chooses to do so. The Second Amended Complaint, if any, must be filed on or before December 6, 2022, must include all of his allegations in one document, and must comply with the instructions set forth in ECF No. 12.

The R&R, ECF No. 26, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 15th day of November, 2022.

BY THE COURT:


/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via United States Mail):

Shakour A. Brown
KB-7150
SCI Somerset
1590 Walters Mill Road
Somerset, PA 15510-0001
Pro se Plaintiff