IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAKOUR A. BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE LITTLE, ERIC ARMEL, TINA WALKER, CARL WALKER, FRANK LEWIS, DEBRA HAWKINBERRY, LISA DUNCAN, M. KEN, C.O. 1 COSTELLO, C.O. 1 KIRKLAND, C.O. 1 WILLIAMS, C.O. 1 KNEPPER, C.O. 1 CAVALIER, C.O. 1 SKROBECH, C.O. 1 HALKIAS, LT. TYNER, LT. DISALVO, LT. FISHER, LT. DONGELLI, C.O. 1 LEDKADA, SGT. REGINA, DR. SAAVEDRA,<br><br>　　　　Defendants, | 2:22-CV-00904-CCW-LPL |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

Defendant Dr. Saavedra filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 34. After filing an Answer, the remaining Defendants filed for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) on behalf of only a subset of the Defendants: George Little, Eric Armel, and Tina Walker. ECF No. 41.

On June 29, 2023, the Magistrate Judge issued a Report, ECF No. 61, recommending that the Amended Complaint, ECF No. 14, filed by pro se Plaintiff Shakour A. Brown, who is

proceeding *in forma pauperis*, be dismissed with prejudice as to Dr. Saavedra, and that judgment on the pleadings be granted as to Mr. Armel and Ms. Tina Walker and denied as to Mr. Little. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** as follows:

(1) Dr. Saavedra's Motion to Dismiss is hereby **GRANTED**, the Amended Complaint is dismissed with prejudice against him, and he is terminated as a party defendant;

(2) The Defendants' Motion for Judgment on the Pleadings is hereby **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. The Motion is **GRANTED** as to Mr. Armel and Ms. Tina Walker, the Amended Complaint is dismissed with prejudice against them, and they are terminated as party defendants;

   b. The Motion is **DENIED** as to Mr. Little;

(3) The Magistrate Judge's Report and Recommendation, ECF No. 61, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 21st day of July, 2023.

BY THE COURT:

/s/ Christy Criswell Wiegand

                                                CHRISTY CRISWELL WIEGAND
                                                United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via United States mail):

Shakour A. Brown, pro se
KB-7150
SCI Benner Township
301 Institution Drive
Bellefonte, PA 16823